UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| FELIX & MARIA CARDONA, | ) | Case No. 05-20106-ERW |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

### Trustee's Final Report

To:   The Honorable Eugene R. Wedoff
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on May 19, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the May 19, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's final account as of January 19, 2009 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $42,134.84 |
| b. | DISBURSEMENTS (See Exhibit C) | | $39.76 |
| c. | NET CASH available for distribution | | $42,095.08 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested | $4,963.48 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

| | | |
|---|---|---:|
| (a.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $6,739.00 |
| (b.) | Joseph A. Baldi & Associates, P.C. *Accountant for Trustee Expenses (Trustee Firm)* | $26.50 |

5.    The Bar Date for filing unsecured claims expired on January 26, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $11,728.98 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $28,909.27 |

7.    Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest.

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| JOSEPH A. BALDI, TRUSTEE *Trustee Compensation* | $0.00 | $4,963.48 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. *Attorney for Trustee* | $0.00 | $7,264.00 | $26.50 |

9.     A fee of $800.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: ___January 21, 2009___

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

Tasks Completed by Trustee

Exhibit A

## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A.    Trustee analyzed and investigated the market value of the real property commonly known as 2604 West Fullerton Avenue, Chicago, Illinois ("Property") and the transfer of the Debtors' ownership in the Property; Trustee determined that the transfer of the Property from the Debtors to their son was voidable and directed his attorneys to pursue an action to avoid the fraudulent transfer; at the Trustee's request, Trustee's attorneys made demand on the Debtors' son for the recovery of the fraudulent transfer; Trustee, represented by his attorneys, entered into protracted negotiations with the Debtors' son; ultimately, the Trustee entered into a settlement such that the Estate recovered gross proceeds of $42,000.00:

B.    Trustee reviewed and analyzed the claims filed against the Estate;

C.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F.    Trustee analyzed tax matters concerning the Estate; and

G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page    1

| Case No: | 05-20106    ERW    Judge: Eugene R. Wedoff |
|---|---|
| Case Name: | CARDONA, FELIX |
| | CARDONA, MARIA |
| For Period Ending: | 01/14/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 05/19/05 (f) |
| 341(a) Meeting Date: | 07/07/05 |
| Claims Bar Date: | 01/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 250,000.00 | 0.00 | | 0.00 | FA |
| 2604 W. Fullerton Avenue, Chicago - debtors transferred interest to son, not property of debtor when filed, but avoidable transfer see fraudulent conveyance claim below. Recoverable value of home received in settlement of fraudulent conveyance claim | | | | | |
| 2. Bank Accounts | 100.00 | 0.00 | | 0.00 | FA |
| credit union account | | | | | |
| 3. Household Goods and Furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 4. clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Preferences and Avoidable transfers (u) | Unknown | 42,000.00 | | 42,000.00 | FA |
| Fraudulent Conveyance Claim against Debtors' son | | | | | |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 134.84 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $250,500.00 | $42,000.00 | | $42,134.84 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Examined Debtor and discovered potential fraudulent conveyance and substantial equity relating to home transferred by Debtors to their son. Trustee had several discussions with Debtors' counsel and attempted to workout with son a settlement sufficient to pay all creditors in full. Agreed on payment sufficient to pay creditors and administrative claims, approved by court and collected by trustee. Prepare final report and close case.

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 12/31/08

Felix & Maria Cardona
Case No. 05-20106

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2                                                                                     Page   1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-20106 -ERW | | Trustee Name: | Joseph A Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | CARDONA, FELIX | | Bank Name | Bank of America, N A. |
| | CARDONA, MARIA | | Account Number / CD #: | *******0960  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4242 | | | |
| For Period Ending: | 01/14/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/07 | 5 | FELIX CARDONA | | 1241-000 | 42,000.00 | | 42,000.00 |
| 10/15/07 | | FELIX CARDONA | Erroneously created duplicate deposit while trying to amend asset link on deposit 1. | | 42,000.00 | | 84,000.00 |
| 10/15/07 | | FELIX CARDONA | VOID<br>duplicate entry in error | | -42,000.00 | | 42,000.00 |
| 10/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 11.06 | | 42,011.06 |
| 11/30/07 | 6 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 22.44 | | 42,033.50 |
| 12/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 20.10 | | 42,053.60 |
| 01/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 16.66 | | 42,070.26 |
| 02/19/08 | | Transfer to Acct #*******5902 | Bank Funds Transfer | 9999-000 | | 39.76 | 42,030.50 |
| 02/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 10.00 | | 42,040.50 |
| 03/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 9.94 | | 42,050.44 |
| 04/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.62 | | 42,059.06 |
| 05/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.34 | | 42,064.40 |
| 06/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.17 | | 42,069.57 |
| 07/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.34 | | 42,074.91 |
| 08/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.34 | | 42,080.25 |
| 09/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.18 | | 42,085.43 |
| 10/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 4.08 | | 42,089.51 |
| 11/28/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.44 | | 42,092.95 |
| 12/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.13 | | 42,095.08 |

Page Subtotals                        42,134.84            39.76

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page    2

| Case No: | 05-20106 -ERW |
| Case Name: | CARDONA, FELIX |
| | CARDONA, MARIA |
| Taxpayer ID No: | *******4242 |
| For Period Ending: | 01/14/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0960  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000 00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 42,134 84 | 39 76 | 42,095 08 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 39 76 | |
| | | | Subtotal | | 42,134 84 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 42,134 84 | 0.00 | |

Page Subtotals               0 00          0 00

LFORM24

Ver  14 11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

| Case No: | 05-20106 -ERW |
| Case Name: | CARDONA, FELIX |
| | CARDONA, MARIA |
| Taxpayer ID No: | *******4242 |
| For Period Ending: | 01/14/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5902 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0960 | Bank Funds Transfer | 9999-000 | 39.76 | | 39.76 |
| 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 39.76 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 39.76 | 39.76 | 0.00 |
| Less  Bank Transfers/CD's | | 39.76 | 0.00 |
| Subtotal | | 0.00 | 39.76 |
| Less  Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 39.76 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0960 | 42,134.84 | 0.00 | 42,095.08 |
| Checking Account (Non-Interest Earn - *******5902 | 0.00 | 39.76 | 0.00 |
| | 42,134.84 | 39.76 | 42,095.08 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          39.76          39.76

Case 05-20106   Doc 26   Filed 02/23/09   Entered 02/23/09 11:34:09   Desc Main
Document      Page 12 of 17   **Felix & Maria Cardona**
**Case No. 05-20106**

**Trustee's Final Report**

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| FELIX & MARIA CARDONA, | ) | Case No. 05-20106-ERW |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

### PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $11,728.98 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $28,909.27 |
| Interest (726(a)(5)): | $1,456.83 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $42,095.08 |

EXHIBIT D

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $11,728.98 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $4,963.48 | $4,963.48 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $6,739.00 | $6,739.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses* | $26.50 | $26.50 |
| | **CLASS TOTALS** | **$11,728.98** | **$11,728.98** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

EXHIBIT D

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4.925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2.225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

EXHIBIT D

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 28,909.27 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. *General Unsecured 726* | $17,625.37 | $17,625.37 |
| 000002 | Discover Bank/Discover Financial *General Unsecured 726* | $11.283.90 | $11,283.90 |
| | CLASS TOTALS | $28,909.27 | $28,909.27 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 3,749.14 | 38.86% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. *General Unsecured 726–Interest* | $2,285.77 | $888.20 |
| 000002 | Discover Bank/Discover Financial *General Unsecured 726–Interest* | $1,463.37 | $568.63 |
| | CLASS TOTALS | $3,749.14 | $1,456.83 |

EXHIBIT D

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $0.00 | $0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:____January  21, 2009___          /s/Joseph A. Baldi, Trustee___

EXHIBIT D