UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| FELIX & MARIA CARDONA, ) | | Case No. 05-20106-ERW |
| ) | | |
| Debtors. ) | | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois

    On: **March 24, 2009**         Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $42,134.84 |
    | Disbursements | $39.76 |
    | Net Cash Available for Distribution | $42,095.08 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $4,963.48 | $0.00 |
    | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $0.00 | $6,739.00 | $26.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NOT APPLICABLE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  NONE

7.  Claims of general unsecured creditors totaling $28,909.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100.00% plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $17,625.37 | $18,513.57 |
| 000002 | Discover Bank/Discover Financial | $11,283.90 | $11,852.53 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **March 27, 2009**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee:   Joseph A. Baldi
Address:   Suite 1500
           19 South Lasalle Street
           Chicago, IL  60603
Phone No.: (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1          Date Rcvd: Feb 27, 2009
Case: 05-20106                Form ID: pdf002            Total Served: 10

The following entities were served by first class mail on Mar 01, 2009.
db/jdb        +Felix Cardona,   Maria Cardona,   2604 West Fullerton,   Chicago, IL 60647-3008
9367700        Bank One,   Cardmember Service,   P.O. Box 50882,   Henderson, NV 89016-0882
9367701        Best Buy,   Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
10482531      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
9367702        Chase Platinum Mastercard,   P.O. Box 52046,   Phoenix, AZ 85072-2046
9367704        GE Capital Cons Cardo,   P.O. Box 9001557,   Louisville, KY 40290-1557
9367705       +MBNA America,   P.O. Box 215137,   Wilmington, DE 19886-0001
9367706        Sears Premier Card,   P.O. Box 182149,   Columbus, OH 43218-2149

The following entities were served by electronic transmission on Feb 28, 2009.
10557490       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:36
                Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
9367703        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:36     Discover Platinum Card,
                P.O. Box 30395,   Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**             **Signature:**   _Joseph Speetjens_