UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §  Case No. 05-20106
CARDONA, FELIX  §
CARDONA, MARIA  §
　　　Debtor(s)  §
　　　　　　　　§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

　　Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

　　3) Total gross receipts of $　　　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　(see **Exhibit 2**), yielded net receipts of $　　　from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Best Buy | | | | | |
| Chase | | | | | |
| GE Capital | | | | | |
| MBNA | | | | | |
| Sears Premier | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-20106 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | CARDONA, FELIX | | | Date Filed (f) or Converted (c): | 05/19/05 (f) |
| | CARDONA, MARIA | | | 341(a) Meeting Date: | 07/07/05 |
| For Period Ending: | 05/26/09 | | | Claims Bar Date: | 01/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 250,000.00 | 0.00 | | 0.00 | FA |
| 2604 W. Fullerton Avenue, Chicago - debtors transferred interest to son, not property of debtor when filed, but avoidable transfer see fraudulent conveyance claim below. Recoverable value of home received in settlement of fraudulent conveyance claim | | | | | |
| 2. Bank Accounts | 100.00 | 0.00 | | 0.00 | FA |
| credit union account | | | | | |
| 3. Household Goods and Furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 4. clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Preferences and Avoidable transfers (u) | Unknown | 42,000.00 | | 42,000.00 | FA |
| Fraudulent Conveyence Claim against Debtors' son | | | | | |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 135.79 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $250,500.00 | $42,000.00 | | $42,135.79 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Examined Debtor and discovered potential fraudulent conveyance and substantial equity relating to home transferred by Debtors to their son. Trustee had several discussions with Debtors' counsel and attempted to workout with son a settlement sufficient to pay all creditors in full. Agreed on payment sufficient to pay creditors and administrative claims, approved by court and collected by trustee. Preparring final report

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 02/28/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-20106 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | CARDONA, FELIX | | Bank Name: | Bank of America, N.A. |
| | CARDONA, MARIA | | Account Number / CD #: | *******0960 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4242 | | | |
| For Period Ending: | 05/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/07 | 5 | FELIX CARDONA | | 1241-000 | 42,000.00 | | 42,000.00 |
| * 10/15/07 | | FELIX CARDONA | Erroneously created duplicate deposit while trying to amend asset link on deposit 1. | | 42,000.00 | | 84,000.00 |
| * 10/15/07 | | FELIX CARDONA | VOID duplicate entry in error | | -42,000.00 | | 42,000.00 |
| 10/31/07 | 6 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 11.06 | | 42,011.06 |
| 11/30/07 | 6 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 22.44 | | 42,033.50 |
| 12/31/07 | 6 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 20.10 | | 42,053.60 |
| 01/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 16.66 | | 42,070.26 |
| 02/19/08 | | Transfer to Acct #*******5902 | Bank Funds Transfer | 9999-000 | | 39.76 | 42,030.50 |
| 02/29/08 | 6 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 10.00 | | 42,040.50 |
| 03/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 9.94 | | 42,050.44 |
| 04/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 8.62 | | 42,059.06 |
| 05/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.34 | | 42,064.40 |
| 06/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.17 | | 42,069.57 |
| 07/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.34 | | 42,074.91 |
| 08/29/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.34 | | 42,080.25 |
| 09/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.18 | | 42,085.43 |
| 10/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 4.08 | | 42,089.51 |
| 11/28/08 | 6 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 3.44 | | 42,092.95 |
| 12/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.13 | | 42,095.08 |
| 01/30/09 | 6 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,095.44 |
| 02/27/09 | 6 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 42,095.76 |
| 03/24/09 | 6 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 42,096.03 |
| 03/24/09 | | Transfer to Acct #*******5902 | Final Posting Transfer Transfer funds for final distsribution.  ecbMarch 24, 2009, 09:00 am | 9999-000 | | 42,096.03 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 05-20106 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CARDONA, FELIX | Bank Name: | Bank of America, N.A. |
| | CARDONA, MARIA | Account Number / CD #: | *******0960  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4242 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account *******0960 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 42,000.00 | 0 | Checks | 0.00 |
| | 18 | Interest Postings | 135.79 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 42,135.79 |
| | | Subtotal | $ 42,135.79 | | | |
| | | | | | Total | $ 42,135.79 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 42,135.79 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 05-20106 -ERW |
| Case Name: | CARDONA, FELIX |
| | CARDONA, MARIA |
| Taxpayer ID No: | *******4242 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5902 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0960 | Bank Funds Transfer | 9999-000 | 39.76 | | 39.76 |
| 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 39.76 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/24/09 | | Transfer from Acct #*******0960 | Transfer In From MMA Account | 9999-000 | 42,096.03 | | 42,096.03 |
| | | | Transfer funds for final distsribution.  ecbMarch 24, 2009, 09:00 am | | | | |
| 03/26/09 | 001002 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 4,963.48 | 37,132.55 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 03/26/09 | 001003 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,739.00 | 30,393.55 |
| | | 19 S. LaSalle St.  #1500 | | | | | |
| | | Chicago IL  60603 | | | | | |
| 03/26/09 | 001004 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Expenses (Trus | 3120-000 | | 26.50 | 30,367.05 |
| | | 19 S. LaSalle St.  #1500 | | | | | |
| | | Chicago IL  60603 | | | | | |
| 03/26/09 | 001005 | Chase Bank USA, N.A. | Claim 000001, Payment 105.04% | | | 18,514.15 | 11,852.90 |
| | | c/o Weinstein & Riley, P.S. | | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | | |
| | | Seattle, WA, 98121 | | | | | |
| | | | Claim        17,625.37 | 7100-000 | | | 11,852.90 |
| | | | Interest         888.78 | 7990-000 | | | 11,852.90 |
| 03/26/09 | 001006 | Discover Bank/Discover Financial Services | Claim 000002, Payment 105.04% | | | 11,852.90 | 0.00 |
| | | PO Box 8003 | | | | | |
| | | Hilliard, OH 43026 | | | | | |
| | | | Claim        11,283.90 | 7100-000 | | | 0.00 |
| | | | Interest         569.00 | 7990-000 | | | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 05-20106 -ERW |
| Case Name: | CARDONA, FELIX |
| | CARDONA, MARIA |
| Taxpayer ID No: | *******4242 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5902  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account  *******5902

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 6 | Checks | 42,135.79 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 42,135.79 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 42,135.79 | | | |
| | Total | $ 42,135.79 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 42,000.00 | 10 | Checks | 42,135.79 |
| 18 | Interest Postings | 135.79 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 42,135.79 |
| | Subtotal | $ 42,135.79 | | | |
| | | | | Total | $ 84,271.58 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 42,135.79 | | | |
| | Total | $ 84,271.58 | | Net Total Balance | $ 0.00 |